# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 26-331 PA (MAAx) | Date | October 2, 2026 |
| Title | Marshon Toney-Joseph, et al. v. Walgreen Co., et al. | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **Order to Show Cause Re: Dismissal For Lack Of Prosecution**

On April 3, 2026, the Court issued an Order staying this action under the Colorado River abstention doctrine in deference to related state court proceedings. The Order states: "The parties shall file a Joint Status Report within fourteen (14) days of the completion of the Ayala Actions. If the Ayala Actions are not both resolved by October 1, 2026, the parties shall file a Joint Report on that date and continuing every six months thereafter while the Ayala Actions are pending. Failure to timely file a required Joint Status Report may result in the dismissal of this action without prejudice and without further warning." Despite this warning, the parties did not timely file the required Joint Status Report.

The Court therefore orders the parties to show cause in writing on or before October 16, 2026, why this action should not be dismissed prejudice for lack of prosecution or failure to comply with the Court's orders. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of the parties' response(s). Failure to timely or adequately respond to this Order may result in the imposition of sanctions, including but not limited to dismissal of this action.

IT IS SO ORDERED.